# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-0492
_____

MICHAEL FLOWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

September 30, 2022

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Flowers, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.